**ORIGINAL**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### *FORT WORTH DIVISON*

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 OCT -9  AM 8: 53

CLERK OF COURT

MARIA PULIDO
Plaintiff

v.

MIDLAND FUNDING, L.L.C.
Defendant

Civil Action No.

4-14 CV 820-Y

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

MARIA PULIDO

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Maria Pulido, 7317 Arroyo Way, Crowely, TX 76036

Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123.

Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123

| | |
|---|---|
| Date: | 10/07/2014 |
| Signature: | *[signed]* |
| Print Name: | Maria Pulido |
| Bar Number: | |
| Address: | 7317 Arroyo Way |
| City, State, Zip: | Crowley, Texas 76036 |
| Telephone: | (817) 313-1191 |
| Fax: | |
| E-Mail: | mpulido62@yahoo.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons